| Case | Number | Date | Judges | Disposition |
|---|---|---|---|---|
| K.E.N.G., Matter of Guardianship of | 39A04–1701–GU–170 | 07/07/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Riley v. State | 20A04–1701–CR–155 | 07/07/2017 | BRADFORD, J.<br>NAJAM, J.<br>RILEY, J. | Affirmed<br>Concurs<br>Concurs |
| R.S., In re | 87A05–1609–JC–2280 | 07/07/2017 | BAILEY, J.<br>VAIDIK, C.J.<br>ROBB, J. | Affirmed<br>Concurs<br>Concurs |
| Wininger v. State | 14A05–1701–CR–200 | 07/07/2017 | BAILEY, J.<br><br>VAIDIK, C.J.<br>ROBB, J. | Affirmed in part and reversed in part<br>Concurs<br>Concurs |
| Best Chairs, Inc. v. Matheis | 93A02–1611–EX–2480 | 07/07/2017 | BROWN, J.<br>VAIDIK, C.J.<br>BRADFORD, J. | Affirmed<br>Concurs<br>Concurs |
| DeHart v. State | 43A03–1611–CR–2594 | 07/10/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Jackson v. State | 79A04–1612–CR–2905 | 07/10/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Rae v. Ventures Trust 2013–I–NH ex rel. MCM Capital Partners, LLC | 37A03–1612–PL–2874 | 07/10/2017 | CRONE, J.<br>BAKER, J.<br>BARNES, J. | Affirmed<br>Concurs<br>Concurs |
| Brown v. State | 09A02–1610–CR–2385 | 07/12/2017 | ROBB, J.<br><br>VAIDIK, C.J.<br>BAILEY, J. | Affirmed in part, reversed in part, and remanded<br>Concurs<br>Concurs |
| L.U. v. State | 57A04–1610–JV–2448 | 07/12/2017 | BAKER, J.<br>MATHIAS, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |